FILED
September 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JENNIFER NICOLE MOORE,** | § | |
| **Plaintiff,** | § | |
| v. | § | **NO. SA-24-CV-00766-OLG** |
| **FRANK BISIGNANO, Commissioner** **of the Social Security Administration,** | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed July 24, 2025, concerning Plaintiff's appeal from the administrative denial of her application for Social Security Disability Insurance Benefits. (*See* R&R, Dkt. No. 14.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on July 24, 2025, and timely filed objections on August 7, 2025 (*see* Dkt. No. 16).

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Upon review, the Court finds that Judge Bemporad's R&R is in all things correct and, thus, that Plaintiff's objections should be and hereby are **OVERRULED**. The Court therefore **ADOPTS** Judge Bemporad's R&R (Dkt. No. 14) and, for the reasons set forth therein, the Commissioner's decision denying Plaintiff's application for disability insurance benefits is **AFFIRMED**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 30 day of September, 2025.

ORLANDO L. GARCIA
United States District Judge